FILED: May 19, 2010

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 09-8224
(3:09-cv-01864-PMD)

_____

PRINCIBE LAGUERRE

        Plaintiff - Appellant

v.

MELISA WHITE GAY, Esquie

        Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this Court, entered March 24, 2010, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*